IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00290-RJC-DSC

| | |
|---|---|
| WAGAYE GOBENA, )<br>)<br>Plaintiff, )<br>) **ORDER**<br>v. )<br>)<br>COURIERNET INC., )<br>)<br>Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for J. Larry Stine and James W. Wimberly, Jr. ]" (documents##10 and 11) filed June 22, 2020. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: June 22, 2020

David S. Cayer
United States Magistrate Judge